UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MICHAEL TUCKER,**
    Plaintiff,
v.

**Case No. 2:21-cv-1706-CLM**

**OSCAR MIKE, INC.,**
    Defendant.

# FINAL ORDER

    For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** Defendant Oscar Mike, Inc.'s motion for summary judgment (doc. 26). The court **DISMISSES** this case **WITH PREJUDICE**.

    Costs taxed against Plaintiffs.

    The court **DIRECTS** the Clerk to close this case.

    **DONE** and **ORDERED** on May 1, 2023.

_/s/ Corey L. Maze_
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE